United States District Court
District of Puerto Rico
Exhibits Log: 21-cr-082-04 & 06 (ADC)
USA V. Alejandro Riera-Fernandez, et al,
10/31/2022 - 11/9/2022

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Gov-1 | English-MEDI Board Resolution Sept 2014 Advisor EGJ.pdf | Yes | 11/1/2022 10:15 AM | 11/1/2022 10:15 AM |
| Gov-2 | English - MEDI UnionBanc Corp Account Sec Cash Accounts 4-18-16.pdf | Yes | 11/1/2022 10:22 AM | 11/1/2022 10:22 AM |
| Gov-3 | English - MEDI UnionBanc Corp Account Sec Cash Accounts 3-9-16.pdf | Yes | 11/1/2022 10:23 AM | 11/1/2022 10:23 AM |
| Gov-4 | Debit Advice and Wire Transfer Requested dated 03-29-2016.pdf | Yes | 11/1/2022 12:55 PM | 11/1/2022 12:55 PM |
| Gov-5 | BPPR Account 206-422646 EGA (1).pdf | Yes | 11/2/2022 3:08 PM | 11/2/2022 3:08 PM |
| Gov-5-T | BPPR Account 206-422646 EGA (1).pdf (Translation) | Yes | 11/2/2022 3:10 PM | 11/2/2022 3:10 PM |
| Gov-6 | BPPR Account 206-422496 EGA (2).pdf | Yes | 11/2/2022 2:54 PM | 11/2/2022 2:54 PM |
| Gov-6-T | BPPR Account 206-422496 EGA (2).pdf (Translation) | Yes | 11/2/2022 2:57 PM | 11/2/2022 2:57 PM |
| Gov-7 | BPPR 206-428917 MAG.pdf | Yes | 11/2/2022 3:23 PM | 11/2/2022 3:23 PM |
| Gov-7-T | BPPR 206-428917 MAG.pdf (Translation) | Yes | 11/2/2022 3:23 PM | 11/2/2022 3:23 PM |
| Gov-8 | BPPR 206-447228 Premier.pdf | Yes | 11/2/2022 3:30 PM | 11/2/2022 3:30 PM |
| Gov-8-T | BPPR 206-447228 Premier.pdf (Translation) | Yes | 11/2/2022 3:30 PM | 11/2/2022 3:30 PM |
| Gov-9 | May 2 2016 - 10:08am M Forgea to J Chung.pdf | Yes | 11/2/2022 10:28 AM | 11/2/2022 10:28 AM |
| Gov-10 | Letter May 2 2016 Closure Account UBIS.pdf | Yes | 11/2/2022 12:00 AM | 11/2/2022 12:00 AM |
| Gov-11 | May 2 2016 J Chung cc Stacy Smith Acc Clo.pdf | Yes | 11/2/2022 12:00 AM | 11/2/2022 12:00 AM |
| Gov-12 | May 3 2016 Letter Clos Sent Email.pdf | Yes | 11/2/2022 12:00 AM | 11/2/2022 12:00 AM |
| Gov-13 | Outgoing WTrans Req 1 to 3735 April 11 2016.pdf | Yes | 11/2/2022 11:38 AM | 11/2/2022 11:38 AM |
| Gov-14 | Outgoing WTrans Req 1.pdf | Yes | 11/2/2022 11:38 AM | 11/2/2022 11:38 AM |
| Gov-15 | Outgoing WTrans Req 1-5 3735 April 20 2016.pdf | Yes | 11/2/2022 11:38 AM | 11/2/2022 11:38 AM |
| Gov-16 | Outgoing WTrans Req 250 & 450 April 1 2016.pdf | Yes | 11/2/2022 11:38 AM | 11/2/2022 11:38 AM |
| Gov-17 | Outgoing WTrans Req 900 April 12 2016.pdf | Yes | 11/2/2022 11:38 AM | 11/2/2022 11:38 AM |
| Gov-18 | Trans Conf 1 to 3735 April 12 2016.pdf | Yes | 11/2/2022 11:38 AM | 11/2/2022 11:38 AM |
| Gov-19 | Trans Conf 1-5 to 3735 April 20 2016.pdf | Yes | 11/2/2022 11:38 AM | 11/2/2022 11:38 AM |
| Gov-20 | Trans Conf 250 to 6920 April 1 2016.pdf | Yes | 11/2/2022 11:38 AM | 11/2/2022 11:38 AM |
| Gov-21 | Trans Conf 450 to 8221 April 1 2016.pdf | Yes | 11/2/2022 11:38 AM | 11/2/2022 11:38 AM |

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Gov-22 | Trans Conf 900 to 6938 April 12 2016.pdf | Yes | 11/2/2022 11:38 AM | 11/2/2022 11:38 AM |
| Gov-23 | UBIS Account Statements 2016.pdf | Yes | 11/2/2022 11:38 AM | 11/2/2022 11:38 AM |
| Gov-24 | UBIS New Account Application MEDI.pdf | Yes | 11/2/2022 11:21 AM | 11/2/2022 11:21 AM |
| Gov-24-T | UBIS New Account Application MEDI.pdf (Translation) | Yes | 11/2/2022 11:21 AM | 11/2/2022 11:21 AM |
| Gov-25 | Corp Account UBIS signed 4-18-2016.pdf | Yes | 11/2/2022 2:31 PM | 11/2/2022 2:31 PM |
| Gov-26 | WF 6920 Signature Cards (1).pdf | Yes | 11/7/2022 10:31 AM | 11/7/2022 10:31 AM |
| Gov-26-a | WF 6920 Signature Cards (2).pdf | Yes | 11/7/2022 10:31 AM | 11/7/2022 10:31 AM |
| Gov-26-b | WF 6920 Signature Cards (3).pdf | Yes | 11/7/2022 10:31 AM | 11/7/2022 10:31 AM |
| Gov-26-c | WF 6920 Checks Debits Account Last Four Numbers 6920.pdf | Yes | 11/7/2022 10:31 AM | 11/7/2022 10:31 AM |
| Gov-26-d | WF 6920 Deposits with offsets Account Last Four Numbers 6920.pdf | Yes | 11/7/2022 10:31 AM | 11/7/2022 10:31 AM |
| Gov-26-e | WF 6920 Statements Account Last Four Numbers 6920.pdf | Yes | 11/7/2022 10:31 AM | 11/7/2022 10:31 AM |
| Gov-27 | WF 1486 Deposits with offsets Account Last Four Numbers 1486.pdf | Yes | 11/7/2022 10:43 AM | 11/7/2022 10:43 AM |
| Gov-27-a | WF 1486 Signature Cards.pdf | Yes | 11/7/2022 10:43 AM | 11/7/2022 10:43 AM |
| Gov-27-b | WF 1486 Signature Cards bc058c345ec84d07bfb6d247c4462447.pdf | Yes | 11/7/2022 10:43 AM | 11/7/2022 10:43 AM |
| Gov-27-c | WF-1486 Statements Account Last Four Numbers 1486.pdf | Yes | 11/7/2022 10:43 AM | 11/7/2022 10:43 AM |
| Gov-28 | 2016-03-09 Email from Eugenio to Steve - Account at Union Opening-3321.pdf | Yes | 11/7/2022 10:19 AM | 11/7/2022 10:19 AM |
| Gov-29 | 2016-03-09 Email from S. Kirkland to Eugenio with UB Confirm MEDI docx20160309-no subject-3322.pdf | Yes | 11/7/2022 10:19 AM | 11/7/2022 10:19 AM |
| Gov-29-a | 2016-03-09 UB confirm.MEDI3.9.16.1039.pdf | Yes | 11/7/2022 10:19 AM | 11/7/2022 10:19 AM |
| Gov-32 | 2016-04-12 Email attachment Mayaguez Statement4.12.16.632.pdf | Yes | 11/7/2022 10:54 AM | 11/7/2022 10:54 AM |
| Gov-33 | 2016-04-12 Eugenio sending Steve Kirkland the March UBIS statement rec Joseph 20160412-Fwd Mayaguez-3545.pdf | Yes | 11/7/2022 10:54 AM | 11/7/2022 10:54 AM |
| Gov-34 | 2016-07-05 Steve Kirkland: Eugenio to Aaron 20160705-LPL Margin-4389.pdf | Yes | 11/7/2022 10:46 AM | 11/7/2022 10:46 AM |
| Gov-35 | 2016-08-25 Email Steve Kirland to Eugenio with Mayaguez Statement 20160825-Fwd-4814.pdf | Yes | 11/7/2022 10:52 AM | 11/7/2022 10:52 AM |
| Gov-36-a | 2016-08-31 Attachment Leyton MEDI STATEMENT9.28.16.1045(2).pdf | Yes | 11/7/2022 10:52 AM | 11/7/2022 10:52 AM |
| Gov-38 | Santander-3301 Opening Docs.pdf | Yes | 11/2/2022 4:59 PM | 11/2/2022 4:59 PM |
| Gov-38-a | Santander 3301 Checks 2016-17.pdf | Yes | 11/2/2022 4:59 PM | 11/2/2022 4:59 PM |
| Gov-38-b | Santander 3301 Deposits.pdf | Yes | 11/2/2022 5:00 PM | 11/2/2022 5:00 PM |
| Gov-38-c | 3301 March Statement.pdf | Yes | 11/2/2022 5:00 PM | 11/2/2022 5:00 PM |
| Gov-38-d | 3301 April Statement.pdf | Yes | 11/2/2022 5:00 PM | 11/2/2022 5:00 PM |

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Gov-38-e | 3301 May Statement.pdf | Yes | 11/2/2022 5:00 PM | 11/2/2022 5:00 PM |
| Gov-38-f | 3301 June Statement.pdf | Yes | 11/2/2022 5:00 PM | 11/2/2022 5:00 PM |
| Gov-38-g | 3301 July Statement.pdf | Yes | 11/2/2022 5:00 PM | 11/2/2022 5:00 PM |
| Gov-38-h | 3301 August Statement.pdf | Yes | 11/2/2022 5:00 PM | 11/2/2022 5:00 PM |
| Gov-38-i | 3301 September Statement.pdf | Yes | 11/2/2022 5:00 PM | 11/2/2022 5:00 PM |
| Gov-38-j | 3301 October Statement.pdf | Yes | 11/2/2022 5:00 PM | 11/2/2022 5:00 PM |
| Gov-38-k | 3301 November Statement.pdf | Yes | 11/2/2022 5:00 PM | 11/2/2022 5:00 PM |
| Gov-38-l | 3301 December Statement.pdf | Yes | 11/2/2022 5:00 PM | 11/2/2022 5:00 PM |
| Gov-38-m | 3301 Jan 2017 Statement.pdf | Yes | 11/2/2022 5:00 PM | 11/2/2022 5:00 PM |
| Gov-38-n | 3301 Feb 2017 Statement.pdf | Yes | 11/2/2022 5:00 PM | 11/2/2022 5:00 PM |
| Gov-38-o | 3301 March 2017 Statement.pdf | Yes | 11/2/2022 5:00 PM | 11/2/2022 5:00 PM |
| Gov-38-p | 3301 April 2017 Statement.pdf | Yes | 11/2/2022 5:00 PM | 11/2/2022 5:00 PM |
| Gov-38-q | 3301 May 2017 Statement.pdf | Yes | 11/2/2022 5:00 PM | 11/2/2022 5:00 PM |
| Gov-38-T | Santander-3301 Opening Docs.pdf (Translation) | Yes | 11/2/2022 5:30 PM | 11/2/2022 5:30 PM |
| Gov-39 | Screenshot 20220822-131738 WhatsApp.pdf | Yes | 11/2/2022 5:54 PM | 11/2/2022 5:54 PM |
| Gov-39-a | Screenshot 20220822-132005 WhatsApp.pdf | No | | |
| Gov-39-b | Screenshot 20220822-132009 WhatsApp.pdf | Yes | 11/2/2022 5:55 PM | 11/2/2022 5:55 PM |
| Gov-39-c | Screenshot 20220822-132117 WhatsApp.pdf | Yes | 11/2/2022 5:55 PM | 11/2/2022 5:55 PM |
| Gov-39-d | Screenshot 20220822-132125 WhatsApp.pdf | Yes | 11/2/2022 5:55 PM | 11/2/2022 5:55 PM |
| Gov-39-T | Screenshot 20220822-131738 WhatsApp.pdf (Translation) | Yes | 11/2/2022 11:46 AM | 11/2/2022 11:46 AM |
| Gov-40 | 2016-07-05 Email exch Aaron Eugenio use of account 20160705-Re LPL Margin-4405.pdf | Yes | 11/7/2022 9:52 AM | 11/7/2022 9:52 AM |
| Gov-41 | LPL 1496-0209 Account documents.pdf | Yes | 11/7/2022 9:31 AM | 11/7/2022 9:31 AM |
| Gov-41-a | 2016-Bank Statements 2541-1083 MED Financial Strategies.pdf | Yes | 11/7/2022 10:45 AM | 11/7/2022 10:45 AM |
| Gov-41-e | LPL-2541-1083 Account documents Part 1.pdf | Yes | 11/7/2022 9:31 AM | 11/7/2022 9:31 AM |
| Gov-41-f | LPL-2541-1083 Account documents Part 2.pdf | Yes | 11/7/2022 9:31 AM | 11/7/2022 9:31 AM |
| Gov-41-g | LPL-2541-1083 Trade confirmations 2016.pdf | Yes | 11/7/2022 9:31 AM | 11/7/2022 9:31 AM |
| Gov-41-h | LPL-Ck# 104654609 for $1,764,808.54 dated 09-29-2016 .pdf | Yes | 11/7/2022 9:31 AM | 11/7/2022 9:31 AM |
| Gov-42 | TEGA Professional Services Contract 1.pdf | Yes | 11/3/2022 10:11 AM | 11/3/2022 10:11 AM |

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Gov-42-T | TEGA Professional Services Contract 1.pdf (Translation) | Yes | 11/3/2022 10:12 AM | 11/3/2022 10:12 AM |
| Gov-43 | Invoices -U.A. UNITED ADVISORS.pdf | Yes | 11/3/2022 10:53 AM | 11/3/2022 10:53 AM |
| Gov-43-T | Invoices - U.A. UNITED ADVISORS.pdf (Translation) | Yes | 11/3/2022 10:53 AM | 11/3/2022 10:53 AM |
| Gov-44 | Imanagement Invoices.pdf | Yes | 11/2/2022 5:54 PM | 11/2/2022 5:54 PM |
| Gov-44-T | Imanagement Invoices.pdf (Translation) | Yes | 11/2/2022 5:54 PM | 11/2/2022 5:54 PM |
| Gov-45 | WF-5260 Checks Debits Account Last Four Numbers 5260.pdf | Yes | 11/3/2022 2:05 PM | 11/3/2022 2:05 PM |
| Gov-45-a | WF-5260 Signature Cards.pdf | Yes | 11/3/2022 2:06 PM | 11/3/2022 2:06 PM |
| Gov-45-b | WF-5260 Signature Cards.pdf | Yes | 11/3/2022 2:06 PM | 11/3/2022 2:06 PM |
| Gov-45-c | WF-5260 Statements Account Last Four Numbers 5260- Cleaned.pdf | Yes | 11/3/2022 2:06 PM | 11/3/2022 2:06 PM |
| Gov-46 | WF 3593 Deposits with offsets Account Last Four Numbers 3593.pdf | Yes | 11/3/2022 6:06 PM | 11/3/2022 6:06 PM |
| Gov-46-a | WF 3593 Signature Cards.pdf | Yes | 11/3/2022 6:06 PM | 11/3/2022 6:06 PM |
| Gov-46-b | WF 3593 Statements Account Last Four Numbers 3593.pdf | Yes | 11/3/2022 6:06 PM | 11/3/2022 6:06 PM |
| Gov-47 | WF-6938 Checks Debits Account Last Four Numbers 6938.pdf | Yes | 11/3/2022 10:32 AM | 11/3/2022 10:32 AM |
| Gov-47-a | WF-6938 Deposits with offsets Account Last Four Numbers 6938.pdf | Yes | 11/3/2022 10:32 AM | 11/3/2022 10:32 AM |
| Gov-47-b | WF-6938 Signature Cards 6938.pdf | Yes | 11/3/2022 10:32 AM | 11/3/2022 10:32 AM |
| Gov-47-c | WF-6938 Signature Cards ec804cf4453647cab1fb55f1b7bc0996.pdf | Yes | 11/3/2022 10:32 AM | 11/3/2022 10:32 AM |
| Gov-47-d | WF-6938 Statements Account Last Four Numbers 6938.pdf | Yes | 11/3/2022 10:32 AM | 11/3/2022 10:32 AM |
| Gov-47-T | WF-6938 Checks Debits Account Last Four Numbers 6938.pdf (Translation) | Yes | 11/3/2022 10:32 AM | 11/3/2022 10:32 AM |
| Gov-48 | WF-1505 Checks Debits Account Last Four Numbers 1505.pdf | Yes | 11/3/2022 2:06 PM | 11/3/2022 2:06 PM |
| Gov-48-a | WF-1505 Deposits with offsets Account Last Four Numbers 1505.pdf | Yes | 11/3/2022 2:06 PM | 11/3/2022 2:06 PM |
| Gov-48-b | WF-1505 Miscellaneous Doc Account Last Four Numbers 1505 Doc ID 1954500.pdf | Yes | 11/3/2022 2:06 PM | 11/3/2022 2:06 PM |
| Gov-48-c | WF-1505 Signature Cards 97a0d3fd67b74d38978ec0f3875e3ae1.pdf | Yes | 11/3/2022 2:06 PM | 11/3/2022 2:06 PM |
| Gov-48-d | WF-1505 Signature Cards.pdf | Yes | 11/3/2022 2:06 PM | 11/3/2022 2:06 PM |
| Gov-48-e | WF-1505 Wells Fargo Roberto Mejill Tellado Acct 1505 & 5260.Cleaned.pdf | Yes | 11/3/2022 2:06 PM | 11/3/2022 2:06 PM |
| Gov-48-T | WF-1505 Checks Debits Account Last Four Numbers 1505.pdf (Translation) | Yes | 11/3/2022 2:06 PM | 11/3/2022 2:06 PM |
| Gov-49 | Premier-7228 CHECKS ACCT 7228-A.pdf | Yes | 11/3/2022 2:36 PM | 11/3/2022 2:36 PM |
| Gov-49-a | Premier-7228 DEPOSITS ACCT 7228.pdf | Yes | 11/3/2022 2:36 PM | 11/3/2022 2:36 PM |
| Gov-49-b | Premier-7228 SIG CARD-DEMOG ACCT 7228.pdf | Yes | 11/3/2022 2:37 PM | 11/3/2022 2:37 PM |

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Gov-49-c | Premier-7228 STATEMENTS ACCT 7228.pdf | Yes | 11/3/2022 2:37 PM | 11/3/2022 2:37 PM |
| Gov-49-T | Premier-7228 CHECKS ACCT 7228-A.pdf (Translation) | Yes | 11/3/2022 2:37 PM | 11/3/2022 2:37 PM |
| Gov-50 | Homebanc-9727 Emails & Wire Transfers.pdf | Yes | 11/3/2022 1:36 PM | 11/3/2022 1:36 PM |
| Gov-50-a | Homebanc-9727 HomeBanc7 2017 05 02 10 44 55 818.pdf | Yes | 11/3/2022 1:36 PM | 11/3/2022 1:36 PM |
| Gov-51 | 9834-HomeBanc2 2017 05 02 10 37 13 350.pdf | Yes | 11/3/2022 2:43 PM | 11/3/2022 2:43 PM |
| Gov-52 | re Count 18 Leyton MEDI STATEMENT IVaz.pdf | Yes | 11/3/2022 5:06 PM | 11/3/2022 5:06 PM |
| Gov-52-a | re Count 18 MEDI Confirm.pdf | Yes | 11/3/2022 5:07 PM | 11/3/2022 5:07 PM |
| Gov-53 | re Count 18 Information Requested regarding 1.8M.pdf | Yes | 11/3/2022 5:07 PM | 11/3/2022 5:07 PM |
| Gov-53-T | re Count 18 Information Requested regarding 1.8M.pdf (Translation) | Yes | 11/3/2022 5:07 PM | 11/3/2022 5:07 PM |
| Gov-55 | BPPR-5033 Bank Statements 1.pdf | Yes | 11/1/2022 11:01 AM | 11/1/2022 11:02 AM |
| Gov-55-a | BPPR-5033 Opening Documents UA United Advisors.pdf | Yes | 11/7/2022 11:19 AM | 11/7/2022 11:19 AM |
| Gov-55-b | BPPR-5033 Checks & Deposits UA United Advisors.pdf | Yes | 11/7/2022 11:22 AM | 11/7/2022 11:22 AM |
| Gov-55-c | BPPR-5033 Check 030 for 10K to Gamalier Bermudez.pdf | Yes | 11/7/2022 11:22 AM | 11/7/2022 11:22 AM |
| Gov-55-T | BPPR-5033 Bank Statements 1.pdf (Translation) | Yes | 11/1/2022 11:03 AM | 11/1/2022 11:03 AM |
| Gov-56 | WF-6896 Statements Account Last Four Numbers 6896.pdf | Yes | 11/7/2022 11:23 AM | 11/7/2022 11:23 AM |
| Gov-56-a | WF-6896 Signature Cards.pdf | Yes | 11/7/2022 11:23 AM | 11/7/2022 11:23 AM |
| Gov-56-b | WF-5896 Checks Debits Account Last Four Numbers 6896.pdf | Yes | 11/7/2022 11:23 AM | 11/7/2022 11:23 AM |
| Gov-57 | WF 3735 Signature Cards (1).pdf | Yes | 11/7/2022 11:23 AM | 11/7/2022 11:23 AM |
| Gov-57-a | WF-3735 Signature Cards (2).pdf | Yes | 11/7/2022 11:23 AM | 11/7/2022 11:23 AM |
| Gov-57-b | WF-3735 Statements Account Last Four Numbers 3735.pdf | Yes | 11/7/2022 11:26 AM | 11/7/2022 11:26 AM |
| Gov-57-c | WF-3735 Deposits with offsets Account Last Four Numbers 3735.pdf | Yes | 11/7/2022 11:26 AM | 11/7/2022 11:26 AM |
| Gov-57-d | WF-3735 Checks Debits Account Last Four Numbers 3735.pdf | Yes | 11/7/2022 11:26 AM | 11/7/2022 11:26 AM |
| Gov-58 | BPPR-8221 SIG CARD-DEMOG ACCT 8221.pdf | Yes | 11/7/2022 11:55 AM | 11/7/2022 11:55 AM |
| Gov-58-a | BPPR-8221 OCR-STATEMENTS ACCT 8221.pdf | Yes | 11/7/2022 11:55 AM | 11/7/2022 11:55 AM |
| Gov-58-b | BPPR-8221 WIRE TRANSFERS ACCT 8221.pdf | Yes | 11/7/2022 11:55 AM | 11/7/2022 11:55 AM |
| Gov-58-c | BPPR-8221 DEPOSITS ACCT 8221.pdf | Yes | 11/7/2022 11:56 AM | 11/7/2022 11:56 AM |
| Gov-58-d | CHECKS ACCT-8221-A.pdf | Yes | 11/7/2022 11:56 AM | 11/7/2022 11:56 AM |
| Gov-58-e | CHECKS ACCT-8221-B.pdf | Yes | 11/7/2022 11:56 AM | 11/7/2022 11:56 AM |

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Gov-58-f | CHECKS ACCT-8221-C.pdf | Yes | 11/7/2022 11:56 AM | 11/7/2022 11:56 AM |
| Gov-58-g | CHECKS ACCT-8221-D.pdf | Yes | 11/7/2022 11:56 AM | 11/7/2022 11:56 AM |
| Gov-58-h | CHECKS ACCT-8221-E.pdf | Yes | 11/7/2022 11:56 AM | 11/7/2022 11:56 AM |
| Gov-58-i | BPPR-8221 Additional Trans.pdf | Yes | 11/7/2022 11:56 AM | 11/7/2022 11:56 AM |
| Gov-58-j | BPPR-8221 Manager`s Check Request.pdf | Yes | 11/7/2022 11:57 AM | 11/7/2022 11:57 AM |
| Gov-58-k | BPPR-8221 Manager`s Check $304,532.24.pdf | Yes | 11/7/2022 11:57 AM | 11/7/2022 11:57 AM |
| Gov-59 | Santander 2627 Checks.pdf | Yes | 11/7/2022 11:57 AM | 11/7/2022 11:57 AM |
| Gov-59-a | Santander 2627 Deposits.pdf | Yes | 11/7/2022 11:57 AM | 11/7/2022 11:57 AM |
| Gov-59-b | Santander 2627 Statements.pdf | Yes | 11/7/2022 11:57 AM | 11/7/2022 11:57 AM |
| Gov-59-c | 0038 Official Check (1).pdf | Yes | 11/7/2022 11:58 AM | 11/7/2022 11:58 AM |
| Gov-59-d | 0038 Official Check (2).pdf | Yes | 11/7/2022 11:58 AM | 11/7/2022 11:58 AM |
| Gov-59-e | 7266 Check 09-19-2016.pdf | Yes | 11/7/2022 11:58 AM | 11/7/2022 11:58 AM |
| Gov-59-f | 2627 DOCS ACCOUNT OPENING.pdf | Yes | 11/7/2022 11:58 AM | 11/7/2022 11:58 AM |
| Gov-60 | MAG 6896 Checks Debits Account Last Four Numbers 6896.pdf | Yes | 11/7/2022 11:59 AM | 11/7/2022 11:59 AM |
| Gov-60-a | Mag 6896 Signature Cards.pdf | Yes | 11/7/2022 11:59 AM | 11/7/2022 11:59 AM |
| Gov-60-b | Mag 6896 Statements Account Last Four Numbers 6896.pdf | Yes | 11/7/2022 11:59 AM | 11/7/2022 11:59 AM |
| Gov-61 | WF 1497 Checks Debits Account Last Four Numbers 1497 - Copy.pdf | Yes | 11/7/2022 11:59 AM | 11/7/2022 11:59 AM |
| Gov-61-a | WF 1497 Checks Debits Account Last Four Numbers 1497.pdf | Yes | 11/7/2022 11:59 AM | 11/7/2022 11:59 AM |
| Gov-61-b | WF 1497 Deposits with offsets Account Last Four Numbers 1497.pdf | Yes | 11/7/2022 11:59 AM | 11/7/2022 11:59 AM |
| Gov-61-c | WF 1497 Signature Cards (1).pdf | Yes | 11/7/2022 11:59 AM | 11/7/2022 11:59 AM |
| Gov-61-d | WF 1497 Signature Cards (2).pdf | Yes | 11/7/2022 11:59 AM | 11/7/2022 11:59 AM |
| Gov-61-e | Statements Account Last Four Numbers 1497.pdf | Yes | 11/7/2022 11:59 AM | 11/7/2022 11:59 AM |
| Gov-62 | WF 5229 Checks Debits Account Last Four Numbers 5229.pdf | Yes | 11/7/2022 11:59 AM | 11/7/2022 11:59 AM |
| Gov-62-a | WF 5229 Deposits with offsets Account Last Four Numbers 5229.pdf | Yes | 11/7/2022 11:59 AM | 11/7/2022 11:59 AM |
| Gov-62-b | Miscellaneous Doc Account Last Four Numbers 5229 Doc ID 1954427.pdf | Yes | 11/7/2022 11:59 AM | 11/7/2022 11:59 AM |
| Gov-62-c | WF 5229 Signature Cards.pdf | Yes | 11/7/2022 11:59 AM | 11/7/2022 11:59 AM |
| Gov-62-d | WF 5229 Statements Account Last Four Numbers 5229.pdf | Yes | 11/7/2022 11:59 AM | 11/7/2022 11:59 AM |
| Gov-63 | Checks Debits Account Last Four Numbers 5882.pdf | Yes | 11/7/2022 12:00 PM | 11/7/2022 12:00 PM |

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Gov-63-a | Deposits with offsets Account Last Four Numbers 5882.pdf | Yes | 11/7/2022 12:00 PM | 11/7/2022 12:00 PM |
| Gov-63-b | WF 5882 Signature Cards.pdf | Yes | 11/7/2022 12:00 PM | 11/7/2022 12:00 PM |
| Gov-63-c | WF 5882 Statements Account Last Four Numbers 5882.pdf | Yes | 11/7/2022 12:00 PM | 11/7/2022 12:00 PM |
| Gov-64 | All MEDFS BOA 3950.pdf | Yes | 11/7/2022 12:00 PM | 11/7/2022 12:00 PM |
| Gov-64-a | BOA MEDFS 3950 Subpoena due date July 24-2018.pdf | Yes | 11/7/2022 12:00 PM | 11/7/2022 12:00 PM |
| Gov-65 | All MEDFS BOA 8722.pdf | Yes | 11/7/2022 12:00 PM | 11/7/2022 12:00 PM |
| Gov-65-a | BOA MEDFS 8722 Subpoena due date July 24-2018.pdf | Yes | 11/7/2022 12:00 PM | 11/7/2022 12:00 PM |
| Gov-66 | All MAG Holdings BOA 3963.pdf | Yes | 11/7/2022 12:00 PM | 11/7/2022 12:00 PM |
| Gov-66-a | BOA MAG Holdings Inc 3963 Subpoena due date July 24-2018.pdf | Yes | 11/7/2022 12:00 PM | 11/7/2022 12:00 PM |
| Gov-67 | All MAG Holdings BOA 9873.pdf | Yes | 11/7/2022 12:00 PM | 11/7/2022 12:00 PM |
| Gov-67-a | BOA MAG Holdings Inc 9873 Subpoena due date July 24-2018.pdf | Yes | 11/7/2022 6:39 PM | 11/7/2022 6:39 PM |
| Gov-68 | All MAG Holdings BOA 9899.pdf | Yes | 11/7/2022 12:00 PM | 11/7/2022 12:00 PM |
| Gov-68-a | BOA MAG Holdings Inc 9899 Subpoena due date July 24-2018.pdf | Yes | 11/7/2022 12:00 PM | 11/7/2022 12:01 PM |
| Gov-69 | All BOA 6517 Steve Minger.pdf | Yes | 11/7/2022 12:01 PM | 11/7/2022 12:01 PM |
| Gov-69-a | BOA Steve Minger 6517 Subpoena due date July 24-2018.pdf | Yes | 11/7/2022 12:01 PM | 11/7/2022 12:01 PM |
| Gov-70 | All MEDFS BOA 8719.pdf | Yes | 11/2/2022 4:39 PM | 11/2/2022 4:39 PM |
| Gov-70-a | BOA MEDFS 8719 Subpoena due date July 24-2018.pdf | Yes | 11/7/2022 12:01 PM | 11/7/2022 12:01 PM |
| Gov-71 | All Eugeno & Geraldine BOA 1861.pdf | Yes | 11/7/2022 12:01 PM | 11/7/2022 12:01 PM |
| Gov-71-a | BOA Eugenio & Geraldine 1861 Subpoena due date July 24-2018.pdf | Yes | 11/7/2022 12:01 PM | 11/7/2022 12:01 PM |
| Gov-71-b | 1861 Check DI 001.pdf | Yes | 11/7/2022 12:01 PM | 11/7/2022 12:01 PM |
| Gov-72 | All Eugenio & Geraldine BOA 5796.pdf | Yes | 11/7/2022 12:01 PM | 11/7/2022 12:01 PM |
| Gov-72-a | BOA Eugenio & Geraldine 5796 Subpoena due date July 24-2018.pdf | Yes | 11/7/2022 12:01 PM | 11/7/2022 12:01 PM |
| Gov-73 | BOA Venus Mini MED Spa 4014 Subpoena due date July 24-2018.pdf | Yes | 11/7/2022 12:01 PM | 11/7/2022 12:01 PM |
| Gov-73-a | Venus Mini Med Spa Steve Minger 4014.pdf | Yes | 11/7/2022 12:02 PM | 11/7/2022 12:02 PM |
| Gov-74 | Mayaguez BPPR Acct ending in 3998.pdf | Yes | 11/7/2022 12:02 PM | 11/7/2022 12:02 PM |
| Gov-74-a | Mayaguez BPPR Acct ending in 3998 Certified-Translation.pdf | Yes | 11/7/2022 12:02 PM | 11/7/2022 12:02 PM |
| Gov-75 | Santander 7266 DOCS ACCOUNT OPENING.pdf | Yes | 11/7/2022 12:02 PM | 11/7/2022 12:02 PM |
| Gov-75-a | Santander 7266 Statement JUNE.pdf | Yes | 11/7/2022 12:02 PM | 11/7/2022 12:02 PM |

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Gov-75-T | Santander 7266 DOCS ACCOUNT OPENING.pdf (Translation) | Yes | 11/7/2022 4:21 PM | 11/7/2022 4:21 PM |
| Gov-76 | FirstBank Mayaguez 5505000710 Statement March 2016.pdf | Yes | 11/7/2022 12:02 PM | 11/7/2022 12:02 PM |
| Gov-77 | Heritage 8740 6308740_sig_card | Yes | 11/7/2022 12:02 PM | 11/7/2022 12:02 PM |
| Gov-77-a | Heritage 8740 2016 Bank Statements-6308740 | Yes | 11/7/2022 12:02 PM | 11/7/2022 12:02 PM |
| Gov-78 | Accounts Summary Charts | Yes | 11/7/2022 11:34 AM | 11/7/2022 11:34 AM |
| Gov-79 | Timeline Summary Chart | Yes | 11/7/2022 1:15 PM | 11/7/2022 1:15 PM |
| Gov-80 | 2016-03-18 Invoices Irizarry March 2016.pdf | Yes | 11/8/2022 4:34 PM | 11/8/2022 4:34 PM |
| Gov-80-T | 2016-03-18 Invoices Irizarry March 2016.pdf (Translation) | Yes | 11/8/2022 4:34 PM | 11/8/2022 4:34 PM |
| Gov-38a-T | Santander 3301 Checks 2016-17.pdf (Translation) | Yes | 11/2/2022 4:59 PM | 11/2/2022 4:59 PM |
| Gov-38b-T | Santander 3301 Deposits.pdf (Translation) | Yes | 11/2/2022 4:59 PM | 11/2/2022 4:59 PM |
| Gov-38c-T | 3301 March Statement.pdf (Translation) | Yes | 11/2/2022 4:59 PM | 11/2/2022 4:59 PM |
| Gov-38d-T | 3301 April Statement.pdf (Translation) | Yes | 11/2/2022 5:00 PM | 11/2/2022 5:00 PM |
| Gov-38e-T | 3301 May Statement.pdf (Translation) | Yes | 11/2/2022 5:00 PM | 11/2/2022 5:00 PM |
| Gov-38f-T | 3301 June Statement.pdf (Translation) | Yes | 11/2/2022 5:00 PM | 11/2/2022 5:00 PM |
| Gov-38g-T | 3301 July Statement.pdf (Translation) | Yes | 11/2/2022 5:00 PM | 11/2/2022 5:00 PM |
| Gov-38h-T | 3301 August Statement.pdf (Translation) | Yes | 11/2/2022 5:00 PM | 11/2/2022 5:00 PM |
| Gov-38i-T | 3301 September Statement.pdf (Translation) | Yes | 11/2/2022 5:00 PM | 11/2/2022 5:00 PM |
| Gov-38j-T | 3301 October Statement.pdf (Translation) | Yes | 11/2/2022 5:00 PM | 11/2/2022 5:00 PM |
| Gov-38k-T | 3301 November Statement.pdf (Translation) | Yes | 11/2/2022 5:00 PM | 11/2/2022 5:00 PM |
| Gov-38l-T | 3301 December Statement.pdf (Translation) | Yes | 11/2/2022 5:00 PM | 11/2/2022 5:00 PM |
| Gov-38m-T | 3301 Jan 2017 Statement.pdf (Translation) | Yes | 11/2/2022 5:00 PM | 11/2/2022 5:00 PM |
| Gov-38n-T | 3301 Feb 2017 Statement.pdf (Translation) | Yes | 11/2/2022 5:00 PM | 11/2/2022 5:00 PM |
| Gov-38o-T | 3301 March 2017 Statement.pdf (Translation) | Yes | 11/2/2022 5:00 PM | 11/2/2022 5:00 PM |
| Gov-38p-T | 3301 April 2017 Statement.pdf (Translation) | Yes | 11/2/2022 5:00 PM | 11/2/2022 5:00 PM |
| Gov-38q-T | 3301 May 2017 Statement.pdf (Translation) | Yes | 11/2/2022 5:00 PM | 11/2/2022 5:00 PM |
| Gov-39b-T | Screenshot 20220822-132009 WhatsApp.pdf (Translation) | Yes | 11/2/2022 11:46 AM | 11/2/2022 11:46 AM |
| Gov-39c-T | Screenshot 20220822-132117 WhatsApp.pdf (Translation) | Yes | 11/2/2022 11:46 AM | 11/2/2022 11:46 AM |
| Gov-39d-T | Screenshot 20220822-132125 WhatsApp.pdf (Translation) | Yes | 11/2/2022 11:46 AM | 11/2/2022 11:46 AM |

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Gov-49a-T | Premier-7228 DEPOSITS ACCT 7228.pdf (Translation) | Yes | 11/3/2022 2:36 PM | 11/3/2022 2:36 PM |
| Gov-49c-T | Premier-7228 STATEMENTS ACCT 7228.pdf (Translation) | Yes | 11/3/2022 2:37 PM | 11/3/2022 2:37 PM |
| Gov-50a-T | Homebanc-9727 HomeBanc7 2017 05 02 10 44 55 818.pdf (Translation) | Yes | 11/3/2022 1:36 PM | 11/3/2022 1:36 PM |
| Gov-55a-T | BPPR-5033 Opening Documents UA United Advisors.pdf (Translation) | Yes | 11/1/2022 11:19 AM | 11/1/2022 11:19 AM |
| Gov-55b-T | BPPR-5033 Checks & Deposits UA United Advisors.pdf (Translation) | Yes | 11/7/2022 11:22 AM | 11/7/2022 11:22 AM |
| Gov-55c-T | BPPR-5033 Check 030 for 10K to Gamalier Bermudez.pdf (Translation) | Yes | 11/7/2022 11:22 AM | 11/7/2022 11:22 AM |
| Gov-58a-T | BPPR 8221 OCR-STATEMENTS ACCT 8221.pdf (Translation) | Yes | 11/7/2022 11:55 AM | 11/7/2022 11:55 AM |
| Gov-58d-T | CHECKS ACCT-8221-A.pdf (Translation) | Yes | 11/7/2022 11:56 AM | 11/7/2022 11:56 AM |
| Gov-58e-T | CHECKS ACCT-8221-B.pdf (Translation) | Yes | 11/7/2022 11:56 AM | 11/7/2022 11:56 AM |
| Gov-58f-T | CHECKS ACCT-8221-C.pdf (Translation) | Yes | 11/7/2022 11:56 AM | 11/7/2022 11:56 AM |
| Gov-58g-T | CHECKS ACCT-8221-D.pdf (Translation) | Yes | 11/7/2022 11:56 AM | 11/7/2022 11:56 AM |
| Gov-58h-T | CHECKS ACCT-8221-E.pdf (Translation) | Yes | 11/7/2022 11:56 AM | 11/7/2022 11:56 AM |
| Gov-59b-T | Santander 2627 Statements (Translation) | Yes | 11/7/2022 11:57 AM | 11/7/2022 11:57 AM |
| Gov-59c-T | 0038 Official Check (1).pdf (Translation) | Yes | 11/7/2022 11:58 AM | 11/7/2022 11:58 AM |
| Gov-59d-T | 0038 Official Check (2).pdf (Translation) | Yes | 11/7/2022 10:13 AM | 11/7/2022 11:58 AM |
| Gov-59e-T | 7266 Check 09-19-2016.pdf (Translation) | Yes | 11/7/2022 11:58 AM | 11/7/2022 11:58 AM |
| Gov-59f-T | 2627 DOCS ACCOUNT OPENING.pdf (Translation) | Yes | 11/7/2022 11:58 AM | 11/7/2022 11:58 AM |
| Gov-75a-T | Santander 7266 Statement JUNE.pdf (Translation) | Yes | 11/7/2022 12:02 PM | 11/7/2022 12:02 PM |
| Defen-A | Email A. Riera to E. Garcia, 11-21-2016 | Yes | 11/8/2022 5:00 PM | 11/8/2022 5:00 PM |
| Defen-A-T | Email A. Riera to E. Garcia, 11-21-2016 (Translation) | Yes | 11/8/2022 5:00 PM | 11/8/2022 5:00 PM |
| Defen-B | Draft – Contract Tega, I (Not Admitted) | No | 11/8/2022 5:00 PM | |
| Defen-C | Email Carlos Ortiz – A. Riera, E. Garcia, Aug. 17, 2017 | Yes | 11/8/2022 5:00 PM | 11/8/2022 5:00 PM |
| Defen-C-T | Email Carlos Ortiz – A. Riera, E. Garcia, Aug. 17, 2017 (Translation) | Yes | 11/8/2022 5:00 PM | 11/8/2022 5:00 PM |
| Defen-D | Draft – Contract Premier I Management 2017 (Not Admitted) | No | 11/8/2022 5:00 PM | |
| Defen-E | Email A. Riera to E. García, 11-21-2016 | Yes | 11/8/2022 5:00 PM | 11/8/2022 5:00 PM |
| Defen-E-T | Email A. Riera to E. García, 11-21-2016 (Translation) | Yes | 11/8/2022 5:00 PM | 11/8/2022 5:00 PM |
| Defen-M | Shareholder Ledger (Not Admitted) | No | 11/1/2022 12:00 AM | |
| Instr-Instrcutions | Jury Instructions | Yes | 11/9/2022 11:35 AM | 11/9/2022 11:35 AM |

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Indic-Indictment | Indictment | Yes | 11/9/2022 10:09 AM | 11/9/2022 10:09 AM |
| Stip-1-21 | Joint Stipulation of Facts (11/1/2022).pdf_(Stipulation of Facts Nos. 1-21) | Yes | 11/1/2022 4:52 PM | 11/1/2022 4:52 PM |
| Stip-22 | Joint Stipulation of Facts (11/7/2022).pdf_(Stipulation of Facts No. 22) | Yes | 11/7/2022 4:27 PM | 11/7/2022 4:27 PM |