IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>  Plaintiff,<br>v.<br><br>ALEJANDRO RIERA FERNÁNDEZ<br>  Defendant. | Criminal no. 21-082 (ADC) |

**MOTION TO RESTRICT**

**TO THE HONORABLE COURT:**

Comes now the defendant, Mr. Riera Fernández, and respectfully states and prays as follows:

1. In compliance with Standing Order No. 9, Mr. Riera Fernández hereby submits the instant Motion.

2. The level of restriction hereby requested in Restricted, with access only to the US Attorney's Office, and the USPO.

3. This level of restriction is requested as the motion filed involves sentencing matters concerning Mr. Riera Fernández.

**WHEREFORE**, the undersigned respectfully requests that the Court takes note of the present motion and authorizes the Motion to Restrict in connection with the Motion.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 1st day of August, 2023.

**I HEREBY CERTIFY**, that on this date the present document has been filed electronically and is available for viewing and downloading from the Court's CFM/ECF system by U.S. Attorney's Office.

*s/ Diego H. Alcalá Laboy*
Diego H. Alcalá Laboy
256 Calle Rosario
Apt. 704
San Juan, PR 00912

Tel.: (787) 432-4910<br>
USDC-PR No. 300504<br>
dalcala@defensorialegal.com